**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 19-24543-CIV-GRAHAM

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Plaintiff,

    v.

KAREN ANNE OLSON, CARILLON HOTEL, LLC,
AND ANTIAGERX, LLC,
    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion for Entry of Default Judgment as to AntiAgeRx, LLC. [D.E. 43].

On January 29, 2020, Plaintiff filed its Amended Complaint, which alleges that Defendant, AntiAgeRx, LLC, through the actions of its managing member and registered agent, Elaine Kroytor, is concealing its whereabouts and evading service. [D.E. 14]. On February 19, 2020, a copy of the process and Amended Complaint was accepted by the Secretary of State for Defendant, AntiAgeRx, LLC. [D.E. 25-2]. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), AntiAgeRx, LLC was required to file a responsive pleading within twenty-one (21) days of service of Plaintiff's Amended Complaint, on or before March 11, 2020. To date, Defendant, AntiAgeRx, LLC has failed to file or serve any paper or pleading in this action. AntiAgeRx, LLC has not otherwise entered an appearance in this action, either personally or by a representative. As a

1

result, on March 12, 2020, Liberty moved for entry of Clerk's Default as to AntiAgeRx, LLC pursuant to Fed. R. Civ. P. 55(a). [D.E. 30]. An order of the Clerk's Default was entered on March 13, 2020. [D.E. 32].

It appearing that the defendant, AntiAgeRx, LLC, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment as to AntiAgeRx, LLC [D.E. 43] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that final judgment is hereby entered against defendant, AntiAgeRx, LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of May, 2020.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

2